| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  MILLER, GRAY H. | 2. Court or Organization  U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report  05/06/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  BOB CASEY U. S. COURTHOUSE  515 RUSK AVE  HOUSTON, TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Advisory Board | The Honors College at the University of Houston |
| 2. Member of the Advisory Board | USS Cavalla Historical Foundation |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 15 P 12: 35 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Miller_Gray_H**

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trapeze Capital Corp. | Margin Account | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Chase Bank Accounts | A | Interest | J | T | | | | | |
| 2.  Everbank Bank Accounts | B | Interest | M | T | | | | | |
| 3.  Peoples State Bank Account | | None | J | T | | | | | |
| 4.  Excelsior Fund L.P. | D | Int./Div. | L | T | | | | | |
| 5.  Glenrock Global Partners AI L.P. | D | Int./Div. | M | T | | | | | |
| 6.  Copernicus International Market Neutral Fund, LP | A | Int./Div. | M | T | | | | | |
| 7.  Nippon Renewal Partners L.P. | A | Int./Div. | L | T | | | | | |
| 8.  Prudent Bear Fund (Mutual Fund) | D | Dividend | L | T | | | | | |
| 9.  Brokerage Account #1 | | | | | | | | | |
| 10.  - Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 11.  - Fidelity Cash Reserves | B | Dividend | | | Closed | 09/16 | M | | |
| 12.  - Fidelity US Treasury Money Market | A | Dividend | L | T | Open | 09/16 | M | | |
| 13.  - Fidelity Select Natural Resources | A | Dividend | | | Sold (part) | 07/03 | K | D | |
| 14. | | | | | Sold | 09/02 | K | | |
| 15.  - iShares Inc MSCI Brazil Index Fund | A | Dividend | | | Buy (add'l) | 01/16 | J | | |
| 16. | | | | | Sold (part) | 01/17 | K | B | |
| 17. | | | | | Buy (add'l) | 04/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/07 | J | | |
| 19. | | | | | Sold | 06/09 | K | B | |
| 20. - iShares TR S&P Latin Amer 40 Index FD | A | Dividend | | | Buy (add'l) | 01/16 | J | | |
| 21. | | | | | Sold (part) | 01/17 | K | | |
| 22. | | | | | Sold (part) | 01/28 | J | | |
| 23. | | | | | Buy (add'l) | 04/25 | J | | |
| 24. | | | | | Buy (add'l) | 05/07 | J | | |
| 25. | | | | | Sold | 07/30 | K | | |
| 26. - Currencyshares Euro TR Euro Shs | A | Interest | | | Sold | 04/30 | K | B | |
| 27. - iShares Silver TR Ishares | | None | | | Buy | 03/06 | K | | |
| 28. | | | | | Sold | 04/30 | K | | |
| 29. - Rising US Dollar Pro Fund Inv Class | A | Dividend | K | T | Buy | 09/09 | K | | |
| 30. | | | | | Sold | 09/22 | K | | |
| 31. | | | | | Buy | 11/19 | K | | |
| 32. - Streettracks Gold Tr Gold Shs | | None | | | Buy | 03/06 | K | | |
| 33. | | | | | Sold | 04/30 | J | | |
| 34. - iShares Barclays 7-10 Year Treasury Bond FD (IEF) | A | Dividend | K | T | Buy | 11/21 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H.    - | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #2 | | | | | | | | | |
| 36. - Canadian Superior Energy Units | | None | J | T | Sold (part) | 01/24 | J | B | |
| 37. | | | | | Sold (part) | 06/16 | J | B | |
| 38. - Cano Petroleum Inc Common (formerly.... | | None | J | T | Buy (add'l) | 03/06 | J | | |
| 39. | | | | | Sold (part) | 06/26 | J | B | |
| 40. | | | | | Sold (part) | 06/30 | J | B | |
| 41. - Canoro Res Ltd. Units | | None | J | T | | | | | |
| 42. - Connacher Oil and Gas Limited Common Stock | | None | | | Sold (part) | 06/24 | J | B | |
| 43. | | | | | Sold (part) | 06/26 | J | C | |
| 44. | | | | | Sold (part) | 08/21 | J | B | |
| 45. | | | | | Sold (part) | 09/09 | J | B | |
| 46. | | | | | Sold (part) | 09/16 | J | A | |
| 47. | | | | | Sold | 09/30 | J | B | |
| 48. - Corridor Res Inc. Common Stock | | None | J | T | Buy (add'l) | 11/21 | J | | |
| 49. - Malaga Inc | | None | J | T | | | | | |
| 50. - ORCA Exploration | | None | J | T | | | | | |
| 51. - Etruscan Resources Inc. Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Globestar Mining Corp Common Stock | | None | J | T | | | | | |
| 53. - Goldfarb Corp Cl-A Svs | | None | J | T | | | | | |
| 54. - High River Gold Mines Ltd | | None | | | Sold (part) | 01/10 | J | B | |
| 55. | | | | | Sold (part) | 01/11 | J | A | |
| 56. | | | | | Sold (part) | 03/14 | J | C | |
| 57. | | | | | Buy (add'l) | 06/20 | J | | |
| 58. | | | | | Sold (part) | 09/17 | J | | |
| 59. | | | | | Sold | 09/30 | J | | |
| 60. - High River Gld Qly Cv Rs 8% 31Dec11 | A | Int./Div. | J | T | | | | | |
| 61. - Petrolifera Petroleum Ltd | | None | J | T | Transferred (from line 81) | 09/11 | J | | |
| 62. - Specialty Foods Group Income Trust Unit (Y) | | | | | | | | | |
| 63. - Specialty Foods Grp Vr/Rt 14/Dec11 | A | Interest | J | T | | | | | |
| 64. - St. Andrew Goldfields - New Common Stock | | None | J | T | Transferred (from line 88) | 03/19 | J | | |
| 65. - Sterling Res Ltd. | | None | J | T | Sold (part) | 06/09 | J | C | |
| 66. - Storm Cat Energy Corp Common (formerly... | | None | J | T | | | | | |
| 67. - Pacific Energy Res (formerly Pacific.... | | None | J | T | Transferred (from line 91) | 02/20 | J | | |
| 68. - Tudor Corporation Ltd (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - WTS-Cano Petroleum 6mar08 | | None | | | Expired | 03/06 | J | | |
| 70.   - Yamana Gold Inc Common Stock | A | Dividend | | | Sold | 01/11 | J | D | |
| 71.   - Allen-Vanguard Corp Common Stock | | None | | | Sold (part) | 09/26 | J | | |
| 72. | | | | | Sold (part) | 09/29 | J | | |
| 73. | | | | | Sold | 09/30 | J | | |
| 74.   - Compucredit Corp Common Stock | | None | | | Sold | 09/09 | J | | |
| 75.   - Dynacor Gold Mines Inc Common Stock (Y) | | | | | | | | | |
| 76.   - Firstgold Corp Common (Formerly ....) | | None | J | T | | | | | |
| 77.   - Formation Cap Corp Units | | None | | | Sold | 05/06 | J | | |
| 78.   - Office Depot Inc Common Stock | | None | | | Buy | 05/23 | J | | |
| 79. | | | | | Sold (part) | 07/14 | J | | |
| 80. | | | | | Sold | 07/25 | J | | |
| 81.   - Petrolifera Petroleum Ltd 33LG | | None | | | Transferred (to line 61) | 09/11 | J | | |
| 82.   - Resin Systems Inc | | None | | | Sold (part) | 04/18 | J | A | |
| 83. | | | | | Sold (part) | 05/01 | J | A | |
| 84. | | | | | Sold (part) | 05/02 | J | A | |
| 85. | | | | | Sold | 05/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Richards Oil & Gas Ltd (Y) | | | | | | | | | |
| 87.   - Serrano Energy Ltd - New Common Stock | | None | J | T | | | | | |
| 88.   - St Andrew Goldfields 20Mar08 | | None | | | Transferred (to line 64) | 03/19 | J | | |
| 89.   - Stealth Ventures Ltd (Y) | | | | | | | | | |
| 90.   - Storm Cat Engy-B L33QYCV9.25% 31Mar12 | A | Interest | J | T | | | | | |
| 91.   - Pacific En .T Reg-S19Feb08 | | None | | | Transferred (to line 67) | 02/20 | J | | |
| 92.   - TG World Energy Corp Common (Formerly.... | | None | J | T | | | | | |
| 93.   - Canadian Phoenix Res Corp Common (Formerly..... | | None | J | T | | | | | |
| 94.   - DSW Inc Class-A | | None | | | Buy | 01/10 | J | | |
| 95. | | | | | Sold (part) | 09/10 | J | | |
| 96. | | | | | Sold | 10/09 | J | | |
| 97.   - Legg Mason Inc Common Stock | A | Dividend | | | Buy | 06/09 | J | | |
| 98. | | | | | Buy (add'l) | 06/10 | J | | |
| 99. | | | | | Buy (add'l) | 06/24 | J | | |
| 100. | | | | | Buy (add'l) | 07/09 | J | | |
| 101. | | | | | Sold (part) | 09/19 | J | | |
| 102. | | | | | Sold | 09/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H.      - | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Mosaic Co | | None | | | Sold | 06/05 | J | | |
| 104. | | | | | Buy | 07/10 | J | | |
| 105. - Potash Corp Of Sask Inc | | None | | | Sold | 06/05 | J | | |
| 106. | | | | | Sold | 06/06 | J | | |
| 107. | | | | | Buy | 07/15 | J | | |
| 108. - Ruby Tuesday Inc. Common Stock | | None | | | Buy | 04/17 | J | | |
| 109. | | | | | Buy (add'l) | 04/24 | J | | |
| 110. | | | | | Buy (add'l) | 06/13 | J | | |
| 111. | | | | | Sold (part) | 09/09 | J | A | |
| 112. | | | | | Sold (part) | 09/29 | J | | |
| 113. | | | | | Sold | 09/30 | J | | |
| 114. - UTD Technologies Corp Common Stock | A | Dividend | | | Buy | 06/24 | J | | |
| 115. | | | | | Sold | 09/30 | J | | |
| 116. - Walgreen Co Common Stock | A | Dividend | | | Buy | 04/24 | J | | |
| 117. | | | | | Sold (part) | 09/26 | J | | |
| 118. | | | | | Sold | 09/30 | J | | |
| 119. - McKesson Corporation Common Stock | | None | J | T | Buy | 11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Pacific Egy Res'33L Reg S | | None | J | T | Buy | 01/28 | J | | |
| 121. IRA #1 | | | | | | | | | |
| 122. - Rydex Inverse Nasdaq (RYAIX) (IRA Investment) | | None | | | Buy | 01/03 | K | | |
| 123. | | | | | Sold (part) | 06/09 | J | | |
| 124. | | | | | Sold | 06/24 | K | | |
| 125. - Rydex Nasdaq-100 Inv (IRA Investment) | | None | | | Sold | 01/03 | K | | |
| 126. - Rydex-US Govt Money Market (IRA Investment) | A | Dividend | | | Buy | 06/09 | J | | |
| 127. | | | | | Buy (add'l) | 06/24 | K | | |
| 128. | | | | | Sold | 07/10 | K | | |
| 129. IRA #2 | | | | | | | | | |
| 130. - FX Concepts Global Funds Master Trust ( IRA Investment) | G | Dividend | O | T | | | | | |
| 131. - AIS Futures Fund II L.P. (IRA Investment) | | None | L | T | | | | | |
| 132. - Prism Offshore Fund Ltd. (IRA Investment) | | None | N | T | | | | | |
| 133. - Sprott Capital L.P. (IRA Investment) | G | Dividend | O | T | | | | | |
| 134. - Triumph Offshore Fund Ltd. (IRA Investment) | | None | M | T | | | | | |
| 135. - Chase Bank Account (IRA) | A | Interest | J | T | | | | | |
| 136. - Chase Bank Account #2 (IRA) | A | Interest | J | T | Open | 07/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trust #1 | | | | | | | | | |
| 138. - Fidelity AMT Tax-Free Money Fund | A | Dividend | | | Sold | 05/16 | K | | |
| 139. - Fidelity Core Cash Account | A | Interest | J | T | Open | 05/16 | K | | |
| 140. - JDS Uniphase Corp Common Stock | | None | | | Buy | 05/21 | J | | |
| 141. | | | | | Sold | 12/05 | J | | |
| 142. - Duke Energy Corp New Common | A | Dividend | J | T | Buy | 05/21 | J | | |
| 143. - Tesoro Corp Common Stock | A | Dividend | | | Buy | 06/04 | J | | |
| 144. | | | | | Sold | 12/05 | J | | |
| 145. - Proshares Ultra Short Oil & Gas Common Stock | A | Dividend | | | Buy | 06/04 | J | | |
| 146. | | | | | Sold | 10/06 | J | C | |
| 147. - General Electric Co Common Stock | | | J | T | Buy | 10/06 | J | | |
| 148. - Apple Inc Common Stock | | | J | T | Buy | 10/27 | J | | |
| 149. - Ford Mtr Co Del Com | | | J | T | Buy | 12/05 | J | | |
| 150. Trust #2 | | | | | | | | | |
| 151. - Fidelity AMT Tax-Free Money Fund | A | Dividend | | | Sold | 05/16 | K | | |
| 152. - Fidelity Core Cash Account | A | Interest | J | T | Open | 05/16 | K | | |
| 153. - JDS Uniphase Corp Common Stock | | | | | Buy | 05/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 12/05 | J | | |
| 155.  - Duke Energy Corp New Common | A | Dividend | J | T | Buy | 05/21 | J | | |
| 156.  - Tesoro Corp Common Stock | A | Dividend | | | Buy | 06/04 | J | | |
| 157. | | | | | Sold | 12/05 | J | | |
| 158.  - Proshares Ultra Short Oil & Gas Common Stock | A | Dividend | | | Buy | 06/04 | J | | |
| 159. | | | | | Sold | 10/06 | J | C | |
| 160.  - General Electric Co Common Stock | | | J | T | Buy | 10/06 | J | | |
| 161.  - Apple Inc Common Stock | | | J | T | Buy | 10/27 | J | | |
| 162.  - Ford Mtr Co Del Com | | | J | T | Buy | 12/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 6, line 38 - This asset was formerly known as Cano Petroleum Inc. 33Lgnd.

Part VII, page 7 , line 61 - Petrolefera Petroleum Ltd 33LG on part VII, page 8, line 81 was merged into Petrolifera Petroleum Ltd on 09/11/08. We have shown this as a transfer in lieu of changing the name since Petrolifera Petroleum Ltd was already reported on the prior year report.

Part VII, page 7 , line 64 - St. Andrew Goldfields 20Mar08 on part VII, page 9, line 88 was merged into St. Andrew Goldfields - New Common Stock on 03/19/08. We have shown this as a transfer in lieu of changing the name since St. Andrew Goldfields - New Common Stock was already reported on the prior year report.

Part VII, page 7 , line 66 - This asset was formerly known as Storm Cat Energy Corp 33L 28Jan07 Units.

Part VII, page 7 , line 67 - This asset was formerly known as Pacific Energy Res Reg-S. Also, Pacific En.T Reg-S19Feb08 on part VII, page 9, line 91 was merged into Pacific Energy Res on 02/20/08. We have shown this as a transfer in lieu of changing the name since Pacific Energy Res was already reported on the prior year report.

Part VII, page 8 , line 76 - This asset was formerly known as Firstgold Corp 33LG RSTD.

Part VII, page 9 , line 92 - This asset was formerly known as TG World Energy Corp 21Mar08.

Part VII, page 9 , line 93 - This asset was formerly known as Units-Arapahoe Energy Crp.

Part VII, page 10, line 103 - Mosaic Co. was sold short on 06/05/08 and covered on 07/10/08.

Part VII, page 10, line 105 - Potash Corp of Sask Inc was sold short on 06/05/08 and 06/06/08 and covered on 07/15/08.

Part VII, page 11 , line 121 - This IRA account was closed on 07/10/08 and the money was rolled over into the Chase Bank Account #2 (IRA) which is on Part VII, page 11, line 136.

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSE                    IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544